Tamera Ochs Rothschild
314 S Franklin St, Suite A
Titusville, PA 16354

ERIE PA 165

03 OCT 2007 PM 2 T





Koster Industries Inc.
C/o Jacobson & Brecher, LLC
608 Sherwood Parkway
P O Box 1220
Mountainside, NJ 07092-0229

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

UTF