Tamera Ochs Rothschild
314 S Franklin St, Suite A
Titusville, PA 16354

ERIE PA 165
DVD P&DC
25 OCT 2007 RM RTD
27 OCT 2007 PM 2

Koster Industries Inc.
c/o Jacobson & Brecher, LLC
608 Sherwood Parkway
~~P.O. Box 1220~~
Mounta

NIXIE        070    DE 1        00 10/31/07
        RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 16354216873        *2543-00101-25-35

16354@2158