# TAMERA OCHS ROTHSCHILD, *Attorney At Law*

314 SOUTH FRANKLIN STREET
SUITE A
TITUSVILLE, PA 16354
PHONE: (814) 827-2760
FAX: (814) 827-2840

May 18, 2008

Debbie Sciamanda, Clerk
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
Erie, PA 16501

Re: Undeliverable Funds Turnover
In Re: e2 Electronics, Inc.
No. 98-11021 WWB
Distribution Decree Dated: April 08, 2008

Dear Ms. Sciamanda:

    I have distributed funds in accordance with the Distribution Decree entered on April 08, 2008 at Document No. 310. The following checks have been returned to me as undeliverable.

**E2 Electronics, Inc**
**Case #98-11021**
**Checks Returned from Final Distribution**

| Claim No. | Payee | Reason | Amount | Bky Ck No. | |
|---|---|---|---|---|---|
| 59 | BP Oil | Unable to Forward | 21.57 | 145 | Voided |
| 52 | Euclid Wickliffe, Inc. | Unable to Forward | 885.06 | 143 | Voided |
| | | | $906.63 | | |
| 59, 52 | Debbie Schiamanda, Clerk Funds Undeliverable of Bankruptcy Court | | $ 906.63 | 153 | |

I am enclosing Bankruptcy Estate Check No. 153 in the amount of $906.63 turning over the full total of these checks payable to you herewith.

Very truly yours,

*Tamera Ochs Rothschild*
Tamera Ochs Rothschild

Enclosure: Check #152
Attachment: returned checks and envelopes

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**

153
1-2 / 210
2
599

| Case | Debtor |
|---|---|
| 98-11021 WWB | e2 Electronics, Inc. |
| 312961747366 | |
| claims 52, 59 returned undeliverable. Ck #143 & 145 voided. Reissued to Clerk at Check # 153 | |

TID #580770

Tamera Ochs Rothschild
314 S. Franklin Street
Suite A
Titusville PA 16354

Date  05/18/2008

$  *********906.63

~~~Nine Hundred Six Dollars and 63/100

Pay to the Order of: Debbie Schiamanda, Clerk of Bankruptcy Court
U. S. Bankruptcy Court
U. S. Courthouse, Room B160
Erie PA 16501

*Tamera Ochs Rothschild* (signature)

Tamera Ochs Rothschild

⑈000000153⑈ ⑆021000021⑆ 312961747366⑈

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS

143
1-2/210

| Case | Debtor |
|---|---|
| 98-11021 WWB | e2 Electronics, Inc. |
| 312961747366 | |

Dividend paid 6.46% on $13,693.65; Claim# 52; Filed: $13,693.65; Reference: NONE

TID #580770
Tamera Ochs Rothschild
314 S. Franklin Street
Suite A
Titusville PA 16354

Date 04/24/2008    $ *********885.06

VOID

~~~Eight Hundred Eighty-Five Dollars and 06/100

Pay to the Order of    EUCLID WICKLIFFE INC
P O BOX 479
7876 ENTERPRISE DRIVE
MENTOR OH 44061

*Tamera Ochs Rothschild*
Tamera Ochs Rothschild

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈000000143⑈ ⑆021000021⑆ 312961747366⑈

ERIE PA 165

25 APR 2008 PM 2 L

ERIE LETTER CARRIERS
BRANCH 500
SENTMB 528

41 USA

Exile ea

NIXIE        441   DE   1           00  04/29/08

        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 163542168731        *2543-02792-25-35

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

**VOID AFTER 90 DAYS** 145
1-2/210

| Case | Debtor |
|---|---|
| 98-11021 WWB<br>312961747366 | e2 Electronics, Inc. |

Dividend paid 6.46% on $333.72; Claim# 59; Filed: $333.72; Reference: 0392002176

TID #580770
Tamera Ochs Rothschild
314 S. Franklin Street
Suite A
Titusville PA 16354

Date 04/24/2008    $ **********21.57

VOID

~~~Twenty-One Dollars and 57/100

Pay to the Order of   BP OIL CO
PO BOX 9001002
LOUISVILLE KY 40290-1002

*Tamera Ochs Rothschild*

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈000001451⑈ ⑆021000021⑆ 312961747366⑈

ERIE PA 165

25 APR 2008 PM 2 T

ERIE LETTER
ANNUAL FOO
SECOND SA

NIXIE           402  CC  1           25  05/04/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 16354215673          *2549-02516-25-35

NIXIE

dp

e e