# TAMERA OCHS ROTHSCHILD, Attorney At Law

314 SOUTH FRANKLIN STREET
SUITE A
TITUSVILLE, PA 16354
PHONE: (814) 827-2760
FAX: (814) 827-2840

May 19, 2008

Debbie Sciamanda, Clerk
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
Erie, PA 16501

Re: Undeliverable Funds Turnover
In Re: e2 Electronics, Inc.
No. 98-11021 WWB
Distribution Decree Dated: April 08, 2008

Dear Ms. Sciamanda:

    I have distributed funds in accordance with the Distribution Decree entered on April 08, 2008 at Document No. 310. The following checks have been returned to me as undeliverable.

E2 Electronics, Inc
Case #98-11021
Checks Returned from Final Distribution

| Claim No. | Payee | Reason | Amount | Bky Ck No. | |
|---|---|---|---|---|---|
| 42 | Koster Industries | Unable to Forward | $1,916.74 | 135 | Voided |
| 42 | Debbie Schiamanda, Clerk Funds Undeliverable of Bankruptcy Court | | $ 1,916.74 | 155 | |

I am enclosing Bankruptcy Estate Check No. 155 in the amount of $1,916.74 turning over the full total of these checks payable to you herewith.

Very truly yours,

Tamera Ochs Rothschild

Enclosure: Check #155
Attachment: returned check and envelope

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**

**155**
1-2 / 210
2
601

| Case | Debtor |
|---|---|
| 98-11021 WWB | e2 Electronics, Inc. |
| 312961747366 | |

05/19/08 Claim 42 returned unable to forward, check # 135 voided. Sent reissued check #

TID #580770

Tamera Ochs Rothschild
314 S. Franklin Street
Suite A
Titusville PA 16354

Date 05/19/2008

$ *******1,916.74

~~~One Thousand Nine Hundred Sixteen Dollars and 74/100

Pay to the Order of:
Debbie Schiamanda, Clerk of Bankruptcy Court
U. S. Bankruptcy Court
U. S. Courthouse, Room B160
Erie PA 16501

*Tamera Ochs Rothschild*

⑈000000155⑈ ⑆021000021⑆ 312961747366⑈

TAMERA OCHS ROTHSCHILD
ATTORNEY AT LAW
314 S. Franklin St., Suite A
Titusville, Pa 16354

ERIE PA 165
25 APR 2008 PM 2

ERIE PA 165
25 APR 2008

ERIE LETTER CARRIERS
ANNUAL
SECOND

Pay to the Order of KOSTER INDUSTRIES INC
C O JACOBSON AND BRECHER LLC
608 SHERWOOD PARKWAY, P. O. BOX 1220
MOUNTAINSIDE NJ 07092-0220

THE BACK OF THIS DOCUMENT CONTAINS AN A

0709230220 B002
16354216873

NIXIE      070  5C 1        30 04/30/08
           RETURN TO SENDER
               VACANT
           UNABLE TO FORWARD

BC: 16354216873      *0143-02472-25-40