Trustee: Tamera Ochs Rothschild (580770)

Case: 98-11021 - e2 Electronics, Inc.

| Account No. | Check No. | Issued Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 312961747366 | 200 | 12/19/08 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $6.19 |
| | | 9 | 07/13/98 | 610 | DYNA CIRCUITS<br>11230 ADDISON<br>FRANKLYN PARK, IL 60131 | 184.00 | 184.00 | 15.90 | 4.01 |
| | | 26 | 07/24/98 | 610 | W C MCQUAIDE INC<br>153 MACRIDGE AVENUE<br>JOHNSTOWN, PA 15904 | 100.09 | 100.09 | 8.65 | 2.18 |

FILED
08 DEC 23 AM 11:58
CLERK
U.S. BANKRUPTCY
COURT - ERIE

(*) Denotes objection to Amount Filed

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS          200
                            1-2/210

TID #580770

| Case | Debtor |
|---|---|
| 98-11021 WWB | e2 Electronics, Inc. |
| 312961747366 | |
| COMBINED SMALL CHECK | |

Tamera Ochs Rothschild
314 S. Franklin Street
Suite A
Titusville PA 16354

Date    12/22/2008        $ ***********6.19

~~~Six Dollars and 19/100

Pay to the
Order of  U.S. Bankruptcy Court

Tamera Ochs Rothschild

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈00000 200⑈ ⑆021000 2⑆ 312961747366⑈