# TAMERA OCHS ROTHSCHILD, *Attorney At Law*

314 SOUTH FRANKLIN STREET
SUITE A
TITUSVILLE, PA 16354
PHONE: (814) 827-2760
FAX: (814) 827-2840

January 6, 2009

09 JAN -8 AM 11:08

CLERK
U.S. BANKRUPTCY
COURT - ERIE

Debbie Sciamanda, Clerk
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
Erie, PA 16501

Re: Undeliverable Funds Turnover
In Re: e2 Electronics, Inc.
No. 98-11021 WWB
Distribution Decree Dated: December 09, 2008

Dear Ms. Sciamanda:

    I have distributed funds in accordance with the Distribution Decree entered on December 09, 2008 at Document No. 331. The following checks have been returned to me as undeliverable.

| Claim No. | Payee | Reason | Amount | Bky Ck No. | |
|---|---|---|---|---|---|
| 10 | Seaway Electric Supply, Inc. C/O Eugene J. Brew, Jr. Esq. | Unable to Forward | $9.31 | 164 | Voided |
| 42 | Koster Industries, Inc. | Unable to Forward | $2,563.35 | 187 | Voided |
| 45 | Jack Delgizzi | Unable to Forward | $61.05 | 190 | Voided |
| 52 | Euclid Wickliffe, Inc. | Unable to Forward | $298.57 | 196 | Voided |
| | Total | | $2,932.28 | | |
| 10, 42, 45, 52 | Debbie Schiamanda, Clerk of Bankruptcy Court | Funds Undeliverable | $2,932.28 | 202 | |

I am enclosing Bankruptcy Estate Check No. 202 in the amount of $2,932.28 turning over the full total of these checks payable to you herewith.

Very truly yours,

*Tamera Ochs Rothschild*
Tamera Ochs Rothschild

Enclosure: Check #202
Attachment: returned checks and envelopes

JPMORGAN CHASE BANK, N.A.
4 New York Plaza 11th floor, New York, NY 10004

202
1-2/210
784

| Case | Debtor |
|---|---|
| 98-11021 WWB | e2 Electronics, Inc. |
| 3129617473GG | |
| turnover of undeliverable ck#196, N64, 190, 187 | |

TID #580770
Tamera Ochs Rothschild
314 S. Franklin Street
Suite A
Titusville PA 16354

VOID AFTER 90 DAYS

Date 01/06/2009

$ *******2,932.28

~~~Two Thousand Nine Hundred Thirty-Two Dollars and 28/100

Pay to the
Order of: Clerk of Bankruptcy Court
U. S. Bankruptcy Court
U. S. Courthouse, Room B160
Erie PA 16501

Tamera Ochs Rothschild

⑈"00000 20 2⑈"  ⑆:0 2⑈0000 2⑈:3129617473GG⑈"