# TAMERA OCHS ROTHSCHILD, *Attorney At Law*

314 SOUTH FRANKLIN STREET
SUITE A
TITUSVILLE, PA 16354
PHONE: (814) 827-2760
FAX: (814) 827-2840

February 9, 2009

09 FEB 11 AM 11: 04

Debbie Sciamanda, Clerk
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
Erie, PA 16501

CLERK
U.S. BANKRUPTCY
COURT - ERIE

Re: Undeliverable Funds Turnover
In Re: e2 Electronics, Inc.
No. 98-11021 WWB
Distribution Decree Dated: December 09, 2008

Dear Ms. Sciamanda:

I have distributed funds in accordance with the Distribution Decree entered on December 09, 2008 at Document No. 331. The following checks have been returned to me as undeliverable.

| Claim No. | Payee | Reason | Amount | Bky Ck No. | |
|---|---|---|---|---|---|
| 3 | Germanium Power Services | Unable to Forward | $21.81 | 160 | Voided |
| 23 | Sternschuppe USA. | Unable to Forward | $33.72 | 174 | Voided |
| 50 | Purchasing Network Corp. | Unable to Forward | $362.38 | 194 | Voided |
| 59 | BP Oil Co. | Unable to Forward | $7.28 | 198 | Voided |
| | Total | | **$425.19** | | |

| | | | | |
|---|---|---|---|---|
| 3, 23, 50, 59 | Debbie Schiamanda, Clerk of Bankruptcy Court | Funds Undeliverable | $425.19 | |

I am enclosing Bankruptcy Estate Check No. 203 in the amount of $425.19 turnong over the full total of these checks payable to you herewith.

Very truly yours,

*Tamera Ochs Rothschild*
Tamera Ochs Rothschild

Enclosure: Check #203
Attachment: photocopies of returned checks and envelopes

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

160
1-2/210

VOID AFTER 90 DAYS

TID #580770
Tamera Ochs Rothschild
314 S. Franklin Street
Suite A
Titusville PA 16354

| Case | Debtor |
|---|---|
| 98-11021 WWB | e2 Electronics, Inc. |
| 312961747366 | |
| Dividend paid 8.64% on $1,000.00; Claim# 3; Filed: $1,000.00; Reference: NONE | |

Date 12/22/2008

$ **********21.81

~~~Twenty-One Dollars and 81/100

Pay to the Order of
GERMANIUM POWER SERVICES CORP
300 BRICKSTONE SQUARE
ANDOVER MA 01810

Tamera Ochs Rothschild

⑈″00000160″⑈ ⑈:021000021⑈: 312961747366⑈″

---

TAMERA OCHS ROTHSCHILD
ATTORNEY AT LAW
314 S. Franklin St., Suite A
Titusville, Pa 16354

MIDDLE P???
22 DEC 2008 PM
MA 018

e2 VOID

e2 Claim 3
Return CK160
to Sender

0 1 8 10 +4243

163542168 UNABLE TO FORWARD

HS ROTHSCHILD
AT LAW
St., Suite A
5354

ERIE PA 165

22 DEC 2008 PM 1 T



E2    CK# 198 CLAIM #59



40290+1002
16354021599
40290@9998

NIXIE     402   DC 1      00 01/04/09
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 16354216873      *1943-14452-22-43

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS         **198**
                          1-2/210
TID #580770                   43
Tamera Ochs Rothschild       753
314 S. Franklin Street
Suite A
Titusville PA 16354

| Case | Debtor |
|---|---|
| 98-11021 WWB | e2 Electronics, Inc. |
| 312961747366 | |

Dividend paid 8.64% on $333.72; Claim# 59; Filed: $333.72; Reference 0392002176

Date   12/22/2008     $ ***********7.28

~~~Seven Dollars and 28/100

**VOID**

Pay to the
Order of   BP OIL CO
           PO BOX 9001002
           LOUISVILLE KY 40290-1002

Tamera Ochs Rothschild

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑃000000198⑃ ⑆021000021⑆ 312961747366⑃

ERIE PA 165

RA OCHS ROTHSCHILD
RNEY AT LAW
Franklin St., Suite A
lle, Pa 16354



CK# 174 CLAIM
# 23

NIXIE    927  DC 1      00 01/01/09
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 16354216873    *1943-16490-22-43

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS           174
                              1-2/210

| Case | Debtor |
|---|---|
| 98-11021 WWB | e2 Electronics, Inc. |
| 312961747366 | |

Dividend paid 8.64% on $1,546.28; Cl #23; Filed $1,546.28; Reference: NONE

TID #580770
Tamera Ochs Rothschild
314 S. Franklin Street
Suite A
Titusville PA 16354

Date **/**/2008        $ **********33.72

~~~Thirty-Three Dollars and 72/100

**VOID**

Pay to the Order of  STERNSCHUPPE USA
92 ARGONAUT SUITE 120
ALISO VIEJO CA 92656

Tamera Ochs Rothschild

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑁000000174⑁ ⑆021000021⑆ 312961747366⑁

| Case | Debtor |
|---|---|
| 98-11021 WWB | e2 Electronics, Inc. |
| 312961747366 | |

Dividend paid 8.64% on $16,620.00; Claim# 50; Filed: $16,620.00; Reference: NONE

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**  194   1-2/210

TID #580770

Tamera Ochs Rothschild
314 S. ... Street
Suite A
...ville PA

Date: 12/22/2008    $ ********362.38

~~~Three Hundred Sixty-Two Dollars and 38/100

Pay to the Order of: PURCHASING NETWORK CORP
PO BOX 390
LOCKPORT NY 14095

Tamera Ochs Rothschild

⑊000000194⑊ ⑉021000021⑉ 312961747366⑊

---

[ERA] OCHS ROTHSCHILD
[ATTO]RNEY AT LAW
[...] Franklin St., Suite A
[...]ille, Pa 16354

ERIE PA 165
22 DEC 2008 PM

e2      CK 194 CL# 50

NIXIE      142   DC 1      00 01/09/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 16354216873    *1943-14509-22-43

# JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

**203**
1-2 / 210

**VOID AFTER 90 DAYS**

| Case | Debtor |
|---|---|
| 98-11021 WWB | e2 Electronics, Inc. |
| 31296174736 | |

TID #580770
Tamera Ochs Rothschild
314 S. Franklin Street
Suite A
Titusville PA 16354

Date 02/09/2009

$ **********425.19

---Four Hundred Twenty-Five Dollars and 19/100

Pay to the
Order of  Clerk of Bankruptcy Court
U. S. Bankruptcy Court
U. S. Courthouse, Room B160
Erie PA 16501

*Tamera Ochs Rothschild*

⑆000000203⑆ ⑆021000021⑆ 31296174736⑈