# THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                          CASE NO. 98-11021-WWB

e2ELECTRONICS,                                                      Chapter 7
        Debtor.

ROBERT BORGIA,
        Applicant.

## MOTION FOR DISTRIBUTION OF UNCLAIMED FUNDS
## PURSUANT TO 28 U.S.C. §2042

AND NOW comes the above referenced Applicant, by and through the undersigned counsel, and files this MOTION FOR DISTRIBUTION OF UNCLAIMED FUNDS, whereof the following is a statement:

1.    Upon information and belief, there is on deposit with the Clerk of the U.S. Bankruptcy Court for the Western District of Pennsylvania the sum of $1,120.04 in funds intended to be distributed to the Applicant in the above case, which has not yet been claimed. See Letter to D. Sciamanda re: returned distribution checks at Doc. No. 313.

2.    Applicant states that he is entitled to said Unclaimed Funds. See Verification attached hereto as Exhibit "A" and Affidavit and Limited Power of Attorney attached hereto collectively as Exhibit "B." As more fully sent forth in the attached Verification:

    A.    Claimant is the original creditor, he has not assigned or transferred the claim, and the money is still owed; and

    B.    He moved from the address indicated on his proof of claim and believes that the forwarding order had expired at the date of the distribution.

3.    By agreement between Applicant and The Financial Resources Group, Inc., as set

forth in the attached Affidavit and Limited Power of Attorney (at Exhibit "B") the funds are to be distributed to Applicant in the care of The Financial Resources Group, Inc., so that said entity may deduct from same its agreed upon fees for the prosecution of this Motion before distributing to Applicant the balance.

WHEREFORE, it is respectfully requested that this Honorable Court grant this Motion as set forth in the proposed Order attached hereto and incorporated herein.

Respectfully Submitted:

Date: March 30, 2009

By: /s/ Owen W. Katz
Owen W. Katz, Esq.
Pa. I. D. # 36473
P.O. Box 7826
Pittsburgh, PA 15215
(412) 281-1015