Printed: 03/26/09 09:14 AM                                                                                                          Page: 1

# Stale Check Report

**Trustee:** Tamera Ochs Rothschild (580770)
**Case:** 98-11021 - e2 Electronics, Inc.

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 312-9617473-66 | 204 | 03/26/09 | U. S. Bankruptcy Clerk | | | $2,079.93 |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 15 | 168 | 07/17/98 | 610 | ROBERT BORGIA<br>174 YOUNG ROAD<br>ERIE, PA 16509 | 17,329.31 | 17,329.31 | 1,497.89 | 377.85 |
| 37 | 183 | 08/13/98 | 610 | GENERAL ELECTRIC TRANSPORTATION<br>C O GLENN M REISMAN<br>TWO CORPORATE DRIVE P O BOX 861<br>SHELTON, CT 06484-0861 | 77,684.08 | 77,684.08 | 6,714.75 | 1,693.81 |
| 51 | 195 | 10/05/98 | 610 | COMMERCIAL COLLEC CORP OF NY<br>PO BOX 740<br>BUFFALO, NY 14217 | 378.96 | 378.96 | 32.76 | 8.27 |

FILED
09 MAR 27 AM 11: 27
CLERK
U.S. BANKRUPTCY
COURT - ERIE

(*) Denotes objection to Amount Filed