# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:<br>e2 Electronics, Inc.<br>dba Elgin E2, Inc.<br>dba Hyperion Technologies<br>                DEBTOR<br>General Electric Transportation<br>                MOVANT<br>Unclaimed Funds Account<br>                RESPONDENT | ) <br>) Case No. 98-11021<br>) (Chapter 7)<br>)<br>)<br>)<br>)<br>)<br>) |

### APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

General Electric Transportation (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,693.81. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth on the limited power of attorney.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court in this case and for such further and other relief as is just and appropriate.

General Electric Transportation

By: _____
J. Armstrong Duffield,
Attorney-in-fact for General Electric Co.
American Property Locators, Inc.
3855 S. Boulevard, Suite 200
Edmond, OK 73013

# Limited Power of Attorney
## For Recovery of Funds

**I, Francisco Gonzalez,** do hereby appoint J. Armstrong Duffield of **American Property Locators, Inc. (APL),** exclusive agent, to seek and recover or cause to be recovered, the undistributed, unclaimed, uncashed or undelivered tenders of funds of **General Electric Co.** in the amount of **$1,693.81** held by any federal, provincial, state or other government entity, or any agency or subdivision thereof.

However, **American Property Locators, Inc**. may not incur any cost on my Behalf or to make an expenditure on my behalf unless such authority is given in a separate writing signed by me. Undistributed, unclaimed or undelivered tenders of funds shall be directed to the attention of American Property Locators unless directed otherwise.

This letter of authorization shall automatically expire one year from the date hereof; provided, however that such expiration shall be ineffective as to any claim relating to a recovery made by **American Property Locators, Inc.** prior to the time of such expiration.

Signed this 14 th day of April , in the year **2009.**

General Electric Company

By: (Name, Title) _____  **Finance Analyst, GE Company**

State of      **Florida**

County of    **Lee**

Acknowledged by me on this 14 th day of April , **2009,**

**Francisco Gonzalez,**    Finance Analyst, GE Company     to me well known to be the individual describer here in the foregoing instrument and acknowledged the execution thereof to be his free action deed.

Before me: _Lori Lamaritata_
Notary Public

(Notary Seal) My Commission expires: 7/2/2012



LORI LAMARITATA
MY COMMISSION # DD 786653
EXPIRES: July 2, 2012
Bonded Thru Notary Public Underwriters





**Francisco Gonzalez**
Finance & Internal Audit Analyst

T +1 239 275 2432
M +1 239 682 0552
francisco.gonzalez5@ge.com

GE
4211 Metro Parkway
Fort Myers, Fl 33916
USA
GE Corporate



Mark J. Krakowiak
Vice President
Risk, Insurance & Industrial
Financing

GE
3135 Easton Turnpike
W3F
Fairfield, CT 06828
USA

T +1 203 373 2088
F +1 203 373 3842
mark.krakowiak@ge.com

## STATEMENT OF AUTHORITY

The undersigned being duly sworn, states that Francisco Gonzalez, Finance and Auditing Analyst, is authorized to execute claim documents on behalf of General Electric Company and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed Lost or Abandoned Property on the Company's behalf.

GENERAL ELECTRIC COMPANY

By: _____
Mark J. Krakowiak
Vice President – Risk, Insurance and Industrial Financing of General Electric Company
3135 Easton Turnpike-W3F
Fairfield, CT 06828
(203) 373-2088

Subscribed and sworn before me this 3 day of March, 2008

My commission expires _____

ANDREW A. LILEIKA
Notary Public, State of Connecticut
My Commission Expires Jan. 31, 2011

**GE Transportation**, formerly known as **GE Rail**, is a division of General Electric GE Technology Infrastructure (which also includes GE Aircraft Engine). The organization manufactures equipment for the railroad industry as well as other industries requiring large propulsion systems. It is based in Erie, Pennsylvania.

Printed: 03/26/09 09:14 AM

Page: 1

## Stale Check Report

Trustee: Tamera Ochs Rothschild (580770)
Case: 98-11021 - e2 Electronics, Inc.

| Account No. | Check No. | Issued | Payee | | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|
| 312-9617473-66 | 204 | 03/26/09 | U.S. Bankruptcy Clerk | | | | | $2,079.92 |
| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 15 | 168 | 07/17/98 | 610 | ROBERT BORGIA<br>174 YOUNG ROAD<br>ERIE, PA 16509 | 17,329.31 | 17,329.31 | 1,497.89 | 377.80 |
| 37 | 183 | 08/13/98 | 610 | GENERAL ELECTRIC TRANSPORTATION<br>C O GLENN M REISMAN<br>TWO CORPORATE DRIVE P O BOX 861<br>SHELTON, CT 06484-0861 | 77,684.08 | 77,684.08 | 6,714.75 | 1,669.81 |
| 51 | 195 | 10/05/98 | 610 | COMMERCIAL COLLEC CORP OF NY<br>PO BOX 740<br>BUFFALO, NY 14217 | 378.96 | 378.96 | 32.76 | 8.26 |

FILED
09 MAR 27 AM 11:27
CLERK
U.S. BANKRUPTCY
COURT - ERIE

(*) Denotes objection to Amount Filed

# CERTIFICATE OF MAILING

I hereby certify that on May 12, 2009, I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

Debtor
e2 Electronics, Inc.dba Elgin E2, Inc. dba Hyperion Technologies
2022 filmore Avenue, Erie, PA 16506


United States Attorney
633 U. S. Post Office & Courthouse Bldg.
Pittsburgh, PA  15219

United States Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222


_____
J. Armstrong Duffield