# American Property Locators, Inc.
3855 S. Boulevard, Suite 200
Edmond, OK 73013

Fax (405) 340-5968  
duffield@apl-inc.com

toll free (800) 730-4343  
Direct (405) 341-9001

May 12, 2009

U.S. Bankruptcy Court
WESTERN DISTRICT OF PENNSYLVANIA
5414 USX Tower
Pittsburgh, PA 15219

Attn: Intake

Re: WESTERN DISTRICT OF PENNSYLVANIA
APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Dear Sir/Madam:

Enclosed is an Amended Application reflecting Local Rule 17 on Captions on the Application for Order Directing Payment of Funds to Creditor/Claimant relating to the following matter. The certificate of service has been expanded to include the Debtor and the US Trustee. Reference is made to the original application on file with the court.

| | |
|---|---|
| Case No: | 98-11021 |
| Debtor: | e2 Electronics, Inc.<br>dba Elgin E2, Inc.<br>dba Hyperion Technologies |
| Creditor/Claimant: | General Electric Transportation |
| Amount: | $1,693.81 |

Please forward a file stamped copy of the application and order along with the payment for this entity to the party set forth in the order. Thank you for your assistance in this matter.

Sincerely,

J. Armstrong Duffield

Enclosures