UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 98-11021 |
| e2 Electronics, Inc. | ) (Chapter 7) |
| dba Elgin E2, Inc. | ) |
| dba Hyperion Technologies | ) Document No 3 Y/ |
| DEBTOR | ) |
| General Electric Transportation | |
| MOVANT | |
| Unclaimed Funds Account | |
| RESPONDENT | |

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of General Electric Transportation (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $1,693.81) be paid to Claimant in care of J. Armstrong Duffield, 3855 S. Boulevard, Suite 200, Edmond, OK 73013.

Dated this 19th day of June, 2009

United States Bankruptcy Judge

CC:  Financial Administrator

   J. Armstrong Duffield
   3855 S. Boulevard, Suite 200
   Edmond, OK 73013